UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TYRONE BELL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HEIDI WASHINGTON, *et al.*,<br><br>　　　　　Defendants. | Case No. 21-cv-10705<br>Honorable Shalina D. Kumar<br>Magistrate Judge Elizabeth A. Stafford |

**REPORT AND RECOMMENDATION TO DISMISS THE CASE AND
DENY THE PENDING MOTIONS AS MOOT
(ECF NOS. 210, 247, 267, 268, 269)**

Pro se prisoner Tyrone Bell brings this civil rights action under 28 U.S.C. § 1983, alleging that the 30 named defendants failed to implement adequate measures to combat COVID-19. ECF No. 203. The Honorable Shalina D. Kumar referred the case to the undersigned to resolve all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 208. The Court **RECOMMENDS** that the case be **DISMISSED** and that the pending motions be **DENIED** as moot (ECF No. 210; ECF No. 247; ECF No. 267; ECF No. 268; ECF No. 269).

Under 28 U.S.C. § 1915(e)(2)(B), courts must sua sponte dismiss an *in forma pauperis* complaint that is frivolous or fails to state a claim. To

survive scrutiny under § 1915(e)(2), "'a complaint must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face.'" *Hill v. Lappin*, 630 F.3d 468, 470 (6th Cir. 2010) (quoting *Ashcroft v. Iqbal*, 556 U.S. 662 (2009)).

In October 2022, the Court found that Bell's complaint failed to comply with the pleading standards of Federal Rule of Civil Procedure 8 and failed to allege defendants' personal involvement in any constitutional deprivation. ECF No. 259, at PageID.1057-1061. The Court ordered Bell to file an amended complaint correcting the defects by November 4, 2022, and warned him that failure to comply would result in a recommendation to dismiss the case. *Id.* at PageID.1061. Bell filed no amended complaint.

For the reasons described in the October 2022 order, the Court recommends dismissing the case and denying as moot defendants' motion to dismiss, motion for summary judgment, and motion to stay (ECF No. 210; ECF No. 247; ECF No. 267), and Bell's motions for sanctions or to compel (ECF No. 268; ECF No. 269).

s/Elizabeth A. Stafford<br>
ELIZABETH A. STAFFORD<br>
United States Magistrate Judge

Dated: December 6, 2022

## **NOTICE TO THE PARTIES ABOUT OBJECTIONS**

Within 14 days of being served with this report and recommendation, any party may serve and file specific written objections to this Court's findings and recommendations. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2). If a party fails to timely file specific objections, any further appeal is waived. *Howard v. Secretary of HHS*, 932 F.2d 505 (6th Cir. 1991). And only the specific objections to this report and recommendation are preserved for appeal; all other objections are waived. *Willis v. Secretary of HHS*, 931 F.2d 390, 401 (6th Cir. 1991).

Each **objection must be labeled** as "Objection #1," "Objection #2," etc., and **must specify** precisely the provision of this report and recommendation to which it pertains. Within 14 days after service of objections, **any non-objecting party must file a response** to the objections, specifically addressing each issue raised in the objections in the same order and labeled as "Response to Objection #1," "Response to Objection #2," etc. The response must be **concise and proportionate in length and complexity to the objections**, but there is otherwise no page limitation. If the Court determines that any objections are without merit, it may rule without awaiting the response.

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 6, 2022.

                                              s/Marlena Williams
                                              MARLENA WILLIAMS
                                              Case Manager