UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TYRONE BELL,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>HEIDI WASHINGTON, *et al.*,<br><br>　　　　　　Defendants. | Case No. 21-cv-10705<br>Honorable Shalina D. Kumar<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER STRIKING AMENDED COMPLAINT
(ECF NO. 342)**

　　　Plaintiff Tyrone Bell, a pro se prisoner of the Michigan Department of Corrections (MDOC), brings this action under 28 U.S.C. § 1983 arising from the conditions of his confinement during the COVID-19 pandemic. ECF No. 320.  The Honorable Shalina D. Kumar referred the case to the undersigned to resolve all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 315.

　　　Bell filed an unauthorized amended complaint.  ECF No. 342.  Under Federal Rule of Civil Procedure 15(a)(1), "[a] party may amend its pleading once as a matter of course" within 21 days after serving it or "21 days after service of a responsive pleading or 21 days after service of a motion under

Rule 12(b), (e), or (f), whichever is earlier." That deadline has long since lapsed. *See* ECF No. 247 (October 2022 motion for summary judgment for failure to exhaust administrative remedies). Nor did Bell move for leave to amend his complaint as required under Rule 15(a)(2). Thus, the amended complaint is **STRICKEN**. ECF No. 342.

s/Elizabeth A. Stafford<br>
ELIZABETH A. STAFFORD<br>
United States Magistrate Judge

Dated: December 18, 2025

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 18, 2025.

<u>s/Davon Allen</u>
DAVON ALLEN
Case Manager
